**Opinion issued March 24, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-20-00207-CR

———————————

## IN RE JEFFERY THOMAS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Jeffery Thomas, has filed a petition for writ of mandamus.[1] We

deny the petition. *See* TEX. R. APP. P. 52.3(k)(1)(A), (g); TEX. R. APP. P. 9.4;

*O'Connor v. First Court of Appeals*, 837 S.W.2d 94, 97 (Tex. 1992).

---

[1]     The underlying case is *State of Texas v. Jeffery Thomas,* Cause Number 609037, pending in the 351st District Court of Harris County, Texas, the Honorable George Powell presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).